UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6286

26 U.S.C. § 7212(a)



CR - GOLD

MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )
    v.                     )
                           )
BILLY T. ROBINSON,         )
                           )
              Defendant.   )
_____)

**INDICTMENT**

The Grand Jury charges that:

From in or about June 1992, until in or about January 1996, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

Billy T. Robinson,

did corruptly endeavor to intimidate and impede Internal Revenue Service employees, acting in their official capacity under Title 26, United States Code, by taking numerous steps to impede the collection process by filing a false, fraudulent frivolous lawsuit



against said employees, and by filing false, fraudulent, and frivolous liens against those same Internal Revenue Service employees, in violation of Title 26, United States Code, Section 7212(a).

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: __BILLY T. ROBINSON__    No.:_____

Count #I:

Corruptly and Forcibly Interfering with the Administration of Internal Revenue Laws; in violation of 26 U.S.C. 7212(a).

\*Max Penalty:   3 years' maximum imprisonment; $250,000 fine

Count #

\*Max Penalty:

Count #

\*Max Penalty:

Count #

\*Max Penalty:

Count # :

\*Max Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| BILLY T. ROBINSON | **Superseding Case Information**: |

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)　　Yes ___　No ___
Number of New Defendants　___
Total number of counts　___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　(Yes or No) __NO__
   List language and/or dialect __ENGLISH__

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　(Check only one)

   I　　0 to 5 days　　__X__　　Petty　　____
   II　　6 to 10 days　　____　　Minor　　____
   III　　11 to 20 days　　____　　Misdem.　　____
   IV　　21 to 60 days　　____　　Felony　　__X__
   V　　61 days and over　　____

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of, _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____　District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes __ No  If yes, was it pending in the Central Region? _X_ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*(signature)*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

*Penalty Sheet(s) attached