UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6286-CR-GOLD

**NIGHT BOX FILED**
OCT 0 6 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BILLY T. ROBINSON, )<br>)<br>Defendants. )<br>_____ ) | |

### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to the Assistant United States Attorney Troy Ferguson.

                                                  Respectfully submitted,

                                                  GUY A. LEWIS
                                                  UNITED STATES ATTORNEY

By: _____
       LAURENCE M. BARDFELD
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar Number: 712450
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, Florida   33394
       Telephone:(954) 356-7255 Ext. 3510
       Facsimile: (954) 356-7336

cc: IRS, Special Agent Denise Powers

