UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6286-CR-GOLD

       Plaintiff,

vs.   **MINUTE ORDER**

BILLY T. ROBINSON,

       Defendant(s).
_____/

FILED by _____ D.C.
NOV 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    On September 28, 2000, an indictment was returned herein and under the regular procedure for case assignment the case was assigned to Judge Alan S. Gold.

    The above named defendant, not having been arrested, is transferred to fugitive status.

    **DONE AND ORDERED**, at Miami, Florida, this ___25TH___ of November, 2000.

AT THE DIRECTION OF THE COURT
CLARENCE MADDOX, Clerk of Court

by _____
Jacob M. Hasbun, Deputy Clerk

cc: AUSA Lawrence M. Bardfeld (Ft. Lauderdale Div.)

