UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6286-CR-ASG
MAGISTRATE JUDGE BANDSTRA

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
vs.                         )
                            )
BILLY T. ROBINSON,          )
                            )
            Defendant.      )
_____)

### NOTICE OF REASSIGNMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Curtis B. Miner.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
CURTIS B. MINER
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500463
99 N.E. 4th Street
Miami, Florida 33132
Telephone:  (305) 961-9128
Facsimile:  (305) 530-7976



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of _____November_____, 2001, to:

> Pretrial Services Office
> 330 Biscayne Boulevard
> Miami, FL 33132
>
> Denise Powers, Special Agent
> Department of the Treasury
> Treasury Inspector General
>  for Tax Administration
> P.O. Box 17600
> Ft. Lauderdale, FL 33318

_____
CURTIS B. MINER
ASSISTANT UNITED STATES ATTORNEY

cc: Docket Section
    United States Attorney's Office